Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Allison R. Schmidt, Esq.
Nevada Bar No. 10743
8465 W. Sahara Ave., Suite 111-504
Las Vegas, Nevada 89117

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL S. HALES,<br><br>    Plaintiff,<br><br>vs.<br><br>GRANT & WEBER, INC.; BARCLAYS BANK DELAWARE; CHASE BANK, NATIONAL ASSOCIATION; FIRST NATIONAL BANK OF OMAHA; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>    Defendants. | Case No.: 2:17-cv-00414-RFB-VCF<br><br>**STIPULATION OF DISMISSAL OF CHASE BANK USA N.A. (INCORRECTLY NAMED AS "CHASE BANK, NATIONAL ASSOCIATION"), PURSUANT TO FRCP 41(A)(I)(A)(II)** |

Stipulation of Dismissal of Chase Bank USA N.A. (Incorrectly Named As "Chase Bank, National Association"), Pursuant to FRCP 41(A)(I)(A)(ii) - 1

1

2     PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii),

3 the parties have stipulated to the dismissal of Defendant Chase Bank USA, N.A. (incorrectly

4 named as "Chase Bank, National Association"), from the above captioned action, with prejudice.

5

6 Each party will bear its own fees and costs.

7     IT IS SO STIPULATED.

8     Dated this 19th day of September, 2017.

9

| /s/ *Miles N. Clark* <br> Matthew I. Knepper, Esq. <br> Nevada Bar No. 12796 <br> Miles N. Clark, Esq. <br> Nevada Bar No. 13848 <br> KNEPPER & CLARK LLC <br> 10040 W. Cheyenne Ave., Suite 170-109 <br> Las Vegas, NV 89129 <br> Email: matthew.knepper@knepperclark.com <br><br> David H. Krieger, Esq. <br> Nevada Bar No. 9086 <br> HAINES & KRIEGER, LLC <br> 8985 S. Eastern Avenue, Suite 350 <br> Henderson, Nevada 89123 <br> Office: (702) 880-5554 <br> Email: dkrieger@hainesandkrieger.com <br><br> Allison R. Schmidt, Esq. <br> Nevada Bar No. 10743 <br> 8465 W. Sahara Ave., Suite 111-504 <br> Las Vegas, Nevada 89117 <br><br> *Counsel for Plaintiff* | /s/ *Lindsay C. Demaree* <br> Lindsay C. Demaree, Esq. <br> Nevada Bar No. 11949 <br> 100 N. City Parkway, Suite 1750 <br> Las Vegas, NV 89106 <br> Email: demareel@ballardspahr.com <br><br> *Counsel for Defendant Chase Bank USA, N.A. (incorrectly named as "Chase Bank, National Association")* |
|---|---|
| / / / | |

Stipulation of Dismissal of Chase Bank USA N.A. (Incorrectly Named As "Chase Bank, National Association"), Pursuant to FRCP 41(A)(I)(A)(ii) - 2

| | |
|---|---|
| /s/ *J. Christopher Jorgensen*<br>J. Christopher Jorgensen, Esq.<br>Nevada Bar No. 5382<br>LEWIS ROCA ROTHGERBER CHRISTIE LLP<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, NV 89169<br>Email: cjorgensen@lrrc.com<br><br>*Counsel for Defendant*<br>*Barclays Bank Delaware* | /s/ *Bradley T. Austin*<br>Bradley T. Austin, Esq.<br>Nevada Bar No. 13064<br>SNELL & WILMER LLP<br>3883 Howard Hughes Pkwy., Ste. 1100<br>Las Vegas, NV 89169<br>Email: baustin@swlaw.com<br><br>*Counsel for Defendant*<br>*Equifax Information Services, LLC* |
| /s/ *Cory J. Rooney*<br>Cory J. Rooney, Esq. (Pro Hac Vice)<br>PO Box 382<br>Omaha, NE 68101<br>Email: rooneylaw@outlook.com<br><br>Stephen R. Kopolow, Esq.<br>Nevada Bar No. 8533<br>STEPHEN R. KOPOLOW, P.C.<br>3265 N. Fort Apache; Ste. 202<br>Las Vegas, NV 89129<br>Email: skopolow@kopolowlaw.com<br><br>*Counsel for Defendant*<br>*First National Bank of Omaha* | /s/ *Jennifer L. Braster, Esq.*<br>Jennifer L. Braster, Esq.<br>Nevada Bar No. 9982<br>Andrew J. Sharples, Esq.<br>Nevada Bar No. 12866<br>NAYLOR & BRASTER<br>1050 Indigo Drive, Suite 200<br>Las Vegas, NV 89145<br>Email: jbraster@nblawlv.com<br>Email: asharples@nblawlv.com<br><br>*Counsel for Defendant*<br>*Experian Information Solutions, Inc* |

## **ORDER**

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 21st day of Septemer, 2017.

*Daniel S. Hales v. Grant & Weber, Inc.*
*2:17-cv-00414-RFB-VCF*

Stipulation of Dismissal of Chase Bank USA N.A. (Incorrectly Named As "Chase Bank, National Association"), Pursuant to FRCP 41(A)(I)(A)(ii) - 3