# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| DANIEL S. HALES,<br><br>        Plaintiff,<br><br>vs.<br><br>GRANT & WEBER, INC., *et al.*,<br><br>        Defendants. | 2:17-cv-00414-RFB-VCF<br>**ORDER** |

Due a to a conflict on the Court's calendar,

IT IS HEREBY ORDERED that the status hearing scheduled for 11:00 AM, April 16, 2018 is VACATED and RESCHEDULED to 11:00 AM, April 30, 2018, in Courtroom 3D.

DATED this 2nd day of April, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE