# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

DANIEL S. HALES,

          Plaintiff,

vs.

GRANT & WEBER, INC., *et al.*,

          Defendants.

2:17-cv-00414-RFB-VCF

**ORDER**

      The parties have filed a Notice of Settlement with Experian Information Solutions, Inc. (ECF No. 69).

      Accordingly,

      IT IS HEREBY ORDERED that the status hearing scheduled for April 30, 2018 is VACATED.

      IT IS FURTHER ORDERED that the Plaintiff and Experian Information Solutions, Inc. must file a proposed stipulation and order for dismissal on or before July 2, 2018.

      IT IS FURTHER ORDERED that a status hearing, to discuss any remaining parties and claims, is scheduled for 10:00 AM, July 3, 2018, in Courtroom 3D.

      IT IS FURTHER ORDERED that all pending discovery deadlines are VACATED.

      DATED this 30th day of April, 2018.

                                 _____

                                 CAM FERENBACH
                                 UNITED STATES MAGISTRATE JUDGE